# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of April, two thousand and thirteen,

Blue Whale Corporation,

    Plaintiff - Appellant,

v.

Grand China Shipping Development Co., Ltd, AKA Shanghai Grand China Shipping Development Co., Ltd.,
Grand China Logistics Holding (Group) Company Limited,
HNA Group Co. Ltd.,

    Defendants - Appellees.

**ORDER**
Docket No. 13-192

IT IS HEREBY ORDERED that the motion by White Rosebay Shipping S.A. for permission to participate in oral argument is GRANTED.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

